■ JOSEPH ROMANO, Respondent, v. JOSEPH LA PONTE, Appellant.— In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Kings County, dated December 13, 1961, which denied his motion to dismiss the complaint for lack of prosecution. Order affirmed, without costs (*Davis* v. *Lyndel Corp.*, 16 A D 2d 798, 802; *Noviello* v. *Coral Drinks*, 15 A D 2d 536). Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.